IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: David Napoliello and Jennifer Napoliello<br>Debtors. | BANKRUPTCY CASE NUMBER 18-18254/MDC |
| Nationstar Mortgage LLC d/b/a Mr. Cooper<br>Movant,<br>v. | CHAPTER 7<br><br>11 U.S.C. § 362 |
| David Napoliello and Jennifer Napoliello<br>Debtors/Respondents. | January 30, 2019 at 10:30 AM<br><br>Courtroom # 2 |
| Terry P. Dershaw, Trustee<br>Additional Respondent. | |

## ORDER

AND NOW, this __30th__ day of __January__, 2018 [2019], at the Eastern District of Pennsylvania, upon the consideration of the Motion of Movant for Relief from the Automatic Stay (the "Motion"), and the failure of Debtors to file an answer, appear or otherwise respond to the Motion, and for good cause shown, it is

ORDERED AND DECREED that the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (the "Code"), 11 U.S.C. § 362, is lifted to allow Movant, or its successors, if any, to proceed with its rights under its loan documents for the property located at 30 North Ridgeway Avenue, Glenolden, PA 19036; and it is

FURTHER ORDERED that Rule 4001(a)(3) is not applicable and Movant, or its successors, if any, may immediately implement this order.

BY THE COURT:

_Magdeline D. C_____
HONORABLE MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE